ANNE F. CATHARINE, an Infant, by EDWARD G. CATHARINE, Her Guardian ad Litem, et al., Appellants, v. LAWRENCE FREY, Respondent.— In an action to recover for personal injuries sustained by the infant plaintiff when struck by respondent's automobile, and for recovery by her parent for expenses and loss of services occasioned thereby, order denying plaintiffs-appellants' motion for a preference in the trial of the action, affirmed, with $10 costs and disbursements.

No opinion. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur.